*In re* ENMIENDAS AL REGLAMENTO DE LA COMISIÓN DE REPUTACIÓN PARA EL EJERCICIO DE LA ABOGACÍA.

*Número:* ER-2002-4          *Resuelto:* 30 de diciembre de 2002

## RESOLUCIÓN

Al amparo de nuestro poder inherente para regular la admisión y el ejercicio de la abogacía, se enmienda la Regla 1 del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, en sus incisos (a)(1), (a)(2) y (c), 4 L.P.R.A. Ap. XVII–C, R. 1(a)(1), (a)(2) y (c).

Se enmienda la Regla 1 para que disponga lo siguiente:

---

[62] *López Vives v. Policía de P.R.*, supra, pág. 231.

*Regla 1. Comisión de Reputación*
 (a) *Miembros.—*
  (1) *Composición.—* La Comisión de Reputación para el Ejercicio de la Abogacía estará compuesta de un Presidente o una Presidenta y seis (6) miembros asociados nombrados por el Tribunal Supremo. La Comisión elegirá de entre sus miembros un Secretario o una Secretaria.
  (2) *Nombramiento.—* Los miembros de la Comisión serán nombrados por el Tribunal por los términos siguientes: el Presidente o la Presidenta será nombrado por un término de cinco (5) años y los seis (6) miembros asociados por términos de uno, dos, tres o cuatro años. De allí en adelante los nombramientos serán por términos de cinco (5) años cada uno. Los miembros ocuparán sus cargos hasta que sus sucesores o sucesoras sean nombrados. De ocurrir alguna vacante, el Tribunal nombrará el sucesor o la sucesora por el resto del término para el cual fue nombrada la persona que produjo la vacante.

 .   .   .   .   .   .   .   .

  (c) *Acuerdos y quórum.—* Todos los acuerdos de la Comisión se adoptarán por mayoría. Cuatro (4) comisionados o comisionadas constituirán quórum. Cuando el Presidente o la Presidenta estuviere ausente o no interviniere en algún caso, el miembro asociado o la miembro asociada de mayor antigüedad actuará como Presidente interino o Presidenta interina.
  No podrá actuar como tal el miembro asociado o la miembro asociada que no fuere abogado o abogada.

Estas enmiendas entrarán en vigor inmediatamente.

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

 *(Fdo.)* Carmen E. Cruz Rivera
  *Subsecretaria del Tribunal Supremo*